43 So.2d 431
Albert JOHNSON v. STATE.
3 Div. 556.

Supreme Court of Alabama.
Dec. 22, 1949.

R. H. Jones and F. M. Smith, of Evergreen, for petitioner.

A. A. Carmichael, Atty. Gen., and M. Roland Nachman, Jr., Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Albert Johnson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Johnson v. State, 43 So.2d 424.

Writ denied.

BROWN, FOSTER and LAWSON, JJ., concur.